**Glennette Rodney & Christine Walker**
14485 Seneca Road, Apt 218
Victorville, CA 92392
October 3, 2024

**Barstow Superior Court**
235 East Mountain View Street
Barstow, CA 92311

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| **11/12/2024** |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY ___AP___ DEPUTY |
| DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

**Case No.: [To be filled by the Court]**   5:24-cv-02441-UA

## Complaint for Tenant Rights Violations

**Plaintiff**: Glennette Rodney and Christine Walker
**Defendant**: Victorian Apartments

### Jurisdiction and Venue

1. This court has jurisdiction over this matter pursuant to California Code of Civil Procedure § 116.220 as the rental property is located within this jurisdiction.
2. Venue is proper in this court because the events giving rise to this complaint occurred within its geographical area.

### Parties

3. Plaintiff, Glennette Rodney, is a resident of Victorville, California, residing at 14485 Seneca Road, Apt 218.
4. Plaintiff, Christine Walker, is also a resident of the aforementioned address.
5. Defendant, Victorian Apartments, is a property management company located at 14485 Seneca Road, Victorville, CA 92392.

### Facts

6. Plaintiffs entered into a lease agreement with the Defendant commencing on February 21, 2024, with a monthly rent of $2,300.00.
7. Plaintiffs have consistently made efforts to pay the rent as required by the lease; however, the Defendant has unlawfully refused to accept these payments, violating the lease agreement.
8. On September 26, 2024, Plaintiffs received a three-day notice to pay rent or quit, demanding payment of **$10,081.47**, which includes the following:
   - Total amount owed: **$10,081.47**.
   - Less payment to be received: **$6,900.00**.
   - Plus legal fees: **$1,320.50**.
   - Remaining balance after these deductions: **$4,501.97**.

9. The notice failed to provide a proper breakdown of charges and included unauthorized late fees that exceed the limits outlined in the lease.

10. The three-day notice was improperly served, as it did not adhere to the legal requirements for notification, including the lack of personal delivery or proper posting procedures.

11. Plaintiffs have been locked out of the rent portal, preventing them from making timely payments and fulfilling their lease obligations.

12. Defendant has not addressed multiple work orders submitted by Plaintiffs regarding necessary repairs and maintenance issues in the unit, despite being in the eviction process.

13. Defendant has not provided proper notice regarding any alleged payment issues, violating the terms of the lease and Plaintiffs' rights as tenants.

## Causes of Action

### Count 1: Breach of Lease Agreement

14. Plaintiffs allege that Defendant breached the lease agreement by refusing to accept rent payments and failing to provide adequate notice of any issues.

### Count 2: Violation of Tenant Rights

15. Plaintiffs allege that Defendant has engaged in unfair practices by improperly locking Plaintiffs out of the rent portal, failing to address submitted work orders, and applying excessive late fees, constituting a violation of tenant rights under California law.

### Count 3: Wrongful Eviction

16. Plaintiffs allege that the three-day notice issued by Defendant is invalid due to improper delivery, lack of clear information, and failure to comply with legal requirements for eviction notices. The eviction date was June 1, 2024, which further complicates the validity of the notice.

## Damages and Fees

17. As a result of the Defendant's actions, Plaintiffs seek to recover:

- The total amount of unpaid rent of **$2,300.00**.
- Excess late fees charged, totaling **$300.00** (as per your records).
- Additional damages for emotional distress and inconvenience totaling **$1,000.00**.
- Reimbursement of legal fees incurred in pursuing this matter, estimated at **$1,500.00**.
- The total amount sought is **$5,100.00**.

## Prayer for Relief

WHEREFORE, Plaintiffs respectfully request that the Court grant the following relief:

1. A declaration that Defendant's actions constitute a breach of the lease agreement and a violation of tenant rights.
2. An order requiring the Defendant to accept Plaintiffs' rent payments and cease any eviction proceedings until a proper resolution is reached.
3. An award of damages totaling **$5,100.00** for unpaid rent, excessive late fees, emotional distress, and legal fees.
4. A fair resolution that restores the Plaintiffs' rights as tenants and ensures compliance with the lease agreement.
5. Any other relief that the Court deems just and proper.

## Jury Demand

Plaintiffs demand a trial by jury on all issues triable by jury.

**Dated:** October 3, 2024

Glennette Rodney
Email: glennettelove222@gmail.com

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JULIENNE H. COPON, ESQ. SBN 340529<br>WALLACE, RICHARDSON, SONTAG & LE, LLP.<br>16520 BAKE PARKWAY, SUITE 280<br>IRVINE, CA 92618<br>TELEPHONE NO.: (949) 759-1080   FAX NO. *(Optional)*: (949) 759-6813<br>E-MAIL ADDRESS *(Optional)*: EFILING@WALLACELAW.COM<br>ATTORNEY FOR *(Name)*: PLAINTIFF | ELECTRONICALLY FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>10/31/2024 3:04 PM<br>By: Savana Taylor, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET
MAILING ADDRESS:
CITY AND ZIP CODE: BARSTOW, CA 92311
BRANCH NAME: BARSTOW COURTHOUSE

PLAINTIFF/PETITIONER: VICTORIAN 124, L.P.

DEFENDANT/RESPONDENT: GLENNETTE RODNEY, CHRISTINE WALKER

| REQUEST FOR DISMISSAL | CASE NUMBER:<br>LLTBA2401286 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):*                              on *(date):*
      (4) ☐ Cross-complaint filed by *(name):*                              on *(date):*
      (5) ☒ Entire action of all parties and all causes of action
      (6) ☐ Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court ☒ did ☐ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: 10/31/24

JULIENNE H. COPON, ESQ.
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                    ► _____
                                                                                              (SIGNATURE)
* If dismissal requested is of specified parties only, of specified causes of action          Attorney or party without attorney for:
only, or of specified cross-complaints only, so state and identify the parties,
causes of action, or cross-complaints to be dismissed.                          ☒ Plaintiff/Petitioner          ☐ Defendant/Respondent
                                                                                 ☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:
                                                                                ► _____
_____                                                               (SIGNATURE)
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                    Attorney or party without attorney for:
** If a cross-complaint - or Response (Family Law) seeking affirmative          ☐ Plaintiff/Petitioner          ☐ Defendant/Respondent
relief - is on file, the attorney for the cross-complainant (respondent) must
sign this consent if required by Code of Civil Procedure section 581(i)         ☐ Cross-Complainant
or (j).

*(To be completed by clerk)*
4. ☒ Dismissal entered as requested on *(date):*    10/31/2024 3:04 PM
5. ☐ Dismissal entered on *(date):*                                as to only *(name):*
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☒ Attorney or party without attorney notified on *(date):*    10/31/2024 3:04 PM
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to be conformed ☐ means to return conformed copy          /s/ Savana Taylor
Date: 10/31/2024 3:04 PM                    Clerk, by _____, Deputy
                                                                                              Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. Jan. 1, 2013] | CEB Essential Forms<br>ceb.com | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>www.courts.ca.gov |

RODNEY 24-3487

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF   SAN BERNARDINO

I have read the foregoing

and know its contents.

☐   CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐   I am ☐   an Officer ☐   a partner
☐   a                              of
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.
☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____                    _____
TYPE OR PRINT NAME                               SIGNATURE

## PROOF OF SERVICE
1013a (3) CCP Revised 2004

STATE OF CALIFORNIA, COUNTY OF   SAN BERNARDINO                        , State of California.
I am employed in the county of   ORANGE
I am over the age of 18 and not a party to the within action; my business address is:
16520 BAKE PKWY STE 280, IRVINE CA 92618

On  10/31/24                                          , I served the foregoing document described as
REQUEST FOR DISMISSAL

on  INTERESTED PARTIES                                                    in this action
☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:
GLENNETTE RODNEY, 14485 SENECA ROAD #218, VICTORVILLE CA 92392
CHRISTINE WALKER, 14485 SENECA ROAD #218, VICTORVILLE CA 92392

☒ BY MAIL
☐ *I deposited such envelope in the mail at                                        , California.
The envelope was mailed with postage thereon fully prepaid.
☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at
IRVINE                                       California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on  10/31/24                            , at IRVINE                              , California.
☐ **(BY PERSONAL SERVICE)  I delivered such envelope by hand to the offices of the addressee.
Executed on                                        , at                              , California.
☒ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
BRENDA MAYS
_____                    _____
TYPE OR PRINT NAME                               SIGNATURE

*BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

NONJC-015 (Rev. 01/01/2011)          **VERIFICATION/PROOF OF SERVICE**

CEB Essential Forms
ceb.com

RODNEY 24-3487

CIV-110

| PLAINTIFF/PETITIONER: VICTORIAN 124, L.P. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA2401286 |

## COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

### Declaration Concerning Waived Court Fees

1. The court waived fees and costs in this action for *(name):*   GLENNETTE RODNEY, CHRISTINE WALKER

2. The person in Item 1 is *(check one below):*
   a. [X] not recovering anything of value by this action.
   b. [ ] recovering less than $10,000 in value by this action.
   c. [ ] recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. [ ] All court fees and costs that were waived in this action have been paid to the court *(check one):*   [ ] Yes   [ ] No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 10/31/24

JULIENNE H. COPON, ESQ.                              ▶ _____
(TYPE OR PRINT NAME OF  [X] ATTORNEY [ ] PARTY MAKING DECLARATION)              (SIGNATURE)

CIV-110 [Rev. January 1, 2013]                    **REQUEST FOR DISMISSAL**                    Page 2 of 2

CEB | Essential Forms
ceb.com

RODNEY 24-3487

## SUMMONS—EVICTION

**SUM-130**

### (CITACIÓN JUDICIAL—DESALOJO)

#### UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY

*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

AUG 06 2024

BY _____
KENYATA MONTES, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
VICTORIAN 124, L.P.

| | |
|---|---|
| NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 10 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond. | ¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. Si la presente citación le ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 10 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder. |
| A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court. | Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia. |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association. | Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local. |
| FEE WAIVER: If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso. |

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   BARSTOW COURTHOUSE, COUNTY OF SAN BERNARDINO
   235 EAST MOUNTAIN VIEW STREET
   BARSTOW, CA 92311

   CASE NUMBER (número de caso):
   LTBA 2401288

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

   JULIENNE H. COPON, ESQ.                    WALLACE, RICHARDSON, SONTAG & LE, LLP.
   16520 BAKE PARKWAY, SUITE 280              (949) 759-1080
   IRVINE, CA 92618

*Page 1 of 2*

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-130 [Rev. January 1, 2024] | **SUMMONS—EVICTION**<br>**(Unlawful Detainer / Forcible Detainer / Forcible Entry)** | Code of Civil Procedure, §§ 412.20, 415.45, 1167<br>www.courts.ca.gov |

CEB Essential
ceb.com Forms

RODNEY 24-3487

**SUM-130**

| | |
|---|---|
| PLAINTIFF *(Name)*: VICTORIAN 124, L.P. | CASE NUMBER: |
| DEFENDANT *(Name)*: GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA  2 4 0 1 2 8 6 |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)** ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

| | | | |
|---|---|---|---|
| Date:<br>*(Fecha)* | AUG 0 6 2024 | Clerk, by<br>*(Secretario)* | KENYATA MONTES , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL]

COPY

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as an occupant.
   d. ☐ on behalf of *(specify)*:
      under: ☐ CCP 416.10 (corporation).      ☐ CCP 416.60 (minor).
             ☐ CCP 416.20 (defunct corporation).  ☐ CCP 416.70 (conservatee).
             ☐ CCP 416.40 (association or partnership).  ☐ CCP 416.90 (authorized person).
             ☐ CCP 415.46 (occupant).      ☐ other *(specify)*:
   e. ☐ by personal delivery on *(date)*:

SUM-130 [Rev. January 1, 2024]

CEB | Essential
ceb.com | Forms

**SUMMONS—EVICTION**
(Unlawful Detainer / Forcible Detainer / Forcible Entry)

Page 2 of 2

RODNEY 24-3487

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | | |

| | |
|---|---|
| NAME OF COURT: | BARSTOW COURTHOUSE, COUNTY OF SAN BERNARDINO |
| STREET ADDRESS: | 235 EAST MOUNTAIN VIEW STREET |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | BARSTOW, CA 92311 |
| BRANCH NAME: | BARSTOW COURTHOUSE |
| Plaintiff: | VICTORIAN 124, L.P. |
| Defendant: | GLENNETTE RODNEY, CHRISTINE WALKER |

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: LLTBA 2 4 0 1 2 8 6 |
|---|---|

| Complete this form only if ALL of these statements are true: | (To be completed by the process server) |
|---|---|
| 1. You are NOT named in the accompanying **Summons and Complaint.** | DATE OF SERVICE: |
| 2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying **Summons and Complaint.**) | (Date that form is served or delivered, posted, and mailed by the officer or |
| 3. You still occupy the subject premises. | process server) |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):
2. I reside at (street address, unit no., city and ZIP code):
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392

3. The address of "the premises" subject to this claim is (address):
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392

4. On (insert date): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is in the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of  $ _____ or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [Rev. June 15, 2015] | **PREJUDGMENT CLAIM OF RIGHT** | Code of Civil Procedure, §§ 415.46, |
|---|---|---|
| CEB Essential Forms ceb.com | **TO POSSESSION** | 715.010, 715.020, 1174.25 |
| | RODNEY 24-3487 | |

CP10.5

| | | | |
|---|---|---|---|
| Plaintiff: | VICTORIAN 124, L.P. | CASE NUMBER: | |
| Defendant: | GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA | 2 4 0 1 2 8 6 |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you):*
   a. ☐ an oral or written rental agreement with the landlord.
   b. ☐ an oral or written rental agreement with a person other than the landlord.
   c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
   d. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

_____     ▶     _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE** if all the following are true:
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**
   3. **You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

---

CEB | Essential
ceb.com | Forms

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Page two

RODNEY 24-3487

**UD-100**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER:<br>NAME: JULIENNE H. COPON, ESQ. 340529<br>FIRM NAME: WALLACE, RICHARDSON, SONTAG & LE, LLP.<br>STREET ADDRESS: 16520 BAKE PARKWAY, SUITE 280<br>CITY: IRVINE                    STATE: CA  ZIP CODE: 92618<br>TELEPHONE NO.: (949) 759-1080    FAX NO.: (949) 759-6813<br>EMAIL ADDRESS: EFILING@WALLACELAW.COM<br>ATTORNEY FOR (name): PLAINTIFF | FOR COURT USE ONLY<br><br>F I L E D<br>SUPERIOR COURT OF CALIFOR...<br>COUNTY OF SAN BERNARDIN...<br><br>AUG 0 6 2024<br><br>BY _____<br>KENYATA MONTES, DEP... |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO<br>STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: BARSTOW, CA 92311<br>BRANCH NAME: BARSTOW COURTHOUSE |
| PLAINTIFF: VICTORIAN 124, L.P.<br>DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER<br>☒ DOES 1 TO 5 |

| | CASE NUMBER: |
|---|---|
| **COMPLAINT—UNLAWFUL DETAINER***<br>☒ COMPLAINT    ☐ AMENDED COMPLAINT (Amendment Number): | LLTBA  2 4 0 1 2 8 6 |

Jurisdiction *(check all that apply):*
☒ ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)
Amount demanded    ☒ does not exceed $10,000
                  ☐ exceeds $10,000

☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
    ☐ from unlawful detainer to general unlimited civil (possession not in issue).    ☐ from limited to unlimited.
    ☐ from unlawful detainer to general limited civil (possession not in issue).    ☐ from unlimited to limited.

1. *PLAINTIFF (name each):*
   VICTORIAN 124, L.P.

   *alleges causes of action against DEFENDANT (name each):*
   GLENNETTE RODNEY, CHRISTINE WALKER

2. a. Plaintiff is   (1) ☐ an individual over the age of 18 years.   (4) ☐ a partnership.
                 (2) ☐ a public agency.             (5) ☐ a corporation.
                 (3) ☒ other *(specify):* A LIMITED PARTNERSHIP

   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. *The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):*
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392
   SAN BERNARDINO
   b. The premises in 3a are *(check one)*

     (1) ☒ within the city limits of *(name of city):* VICTORVILLE

     (2) ☐ within the unincorporated area of *(name of county):*

   c. The premises in 3a were constructed in *(approximate year):*  2007

4. Plaintiff's interest in the premises is   ☒ as owner  ☐ other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).*           Page 1 of 4

Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev. January 1, 2024]<br><br>☷ CEB | Essential<br>ceb.com |☰| Forms

**COMPLAINT — UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.<br>Code of Civil Procedure, §§ 425.12, 1166<br>www.courts.ca.gov

RODNEY 24-3487

**UD-100**

| | |
|---|---|
| PLAINTIFF: VICTORIAN 124, L.P.<br>DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | CASE NUMBER:<br>LLTBA 2401286 |

6. a. On or about *(date):* 02/21/2024
     defendant *(name each):*
     GLENNETTE RODNEY, CHRISTINE WALKER

      (1) agreed to rent the premises as a ☐ month-to-month tenancy  ☒ other tenancy *(specify):*  12 MONTH LEASE
      (2) agreed to pay rent of $   2,300.00 payable ☒ monthly ☐ other *(specify frequency):*
      (3) agreed to pay rent on the ☒ first of the month  ☐ other day *(specify):*
   b. This ☒ written  ☐ oral  agreement was made with
      (1) ☒ plaintiff.  (3) ☐ plaintiff's predecessor in interest.
      (2) ☐ plaintiff's agent.  (4) ☐ Other *(specify):*
   c. ☒ The defendants not named in item 6a are
      (1) ☐ subtenants.
      (2) ☐ assignees.
      (3) ☒ Other *(specify):* UNAUTHORIZED OCCUPANTS
   d. ☐ The agreement was later changed as follows *(specify):*

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
      and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
   f. ☒ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
      (1) ☐ *the written agreement is not in the possession of the landlord or the landlord's employees or agents.*
      (2) ☒ *this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).*

7. The tenancy described in 6 *(complete (a) or (b))*

   a. ☐ is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy
      is exempt is *(specify):* § 1946.2 (E)(7) NEW CONSTRUCTION.
   b. ☒ is subject to the Tenant Protection Act of 2019.

8. *(Complete only if item 7b is checked. Check all applicable boxes.)*

   a. ☒ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

   b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

      (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under
         section 1946.2(d)(2), in the amount of $
      (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $
         to *(name each defendant and amount given to each):*

   c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. ☒ Defendant *(name each):* GLENNETTE RODNEY, CHRISTINE WALKER

   was served the following notice on the same date and in the same manner:

      (1) ☐ 3-day notice to pay rent or quit  (5) ☐ 3-day notice to perform covenants or quit
      (2) ☐ 30-day notice to quit             *(not applicable if item 7b checked)*
      (3) ☐ 60-day notice to quit  (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
      (4) ☐ 3-day notice to quit            Prior required notice to perform covenants served *(date):*
                           (7) ☒ Other *(specify):* 3/30 DAY NOTICE TO PAY OR QUIT

**COMPLAINT — UNLAWFUL DETAINER**

CEB Essential
ceb.com Forms

RODNEY 24-3487

**UD-100**

| | |
|---|---|
| PLAINTIFF: VICTORIAN 124, L.P.<br>DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | CASE NUMBER:<br>LLTBA 2 4 0 1 2 8 6 |

9. b. (1) On *(date):* 7/19/2024                    the period stated in the notice checked in 9a expired at the end of the day.

   (2) Defendants failed to comply with the requirements of the notice by that date.

   c. All facts stated in the notice are true.

   d. [X] The notice included an election of forfeiture.

   e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*

   f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. [X] The notice in item 9a was served on the defendant named in item 9a as follows:

   (1) ☐ By personally handing a copy to defendant on *(date):*

   (2) ☐ By leaving a copy with *(name or description):*
       a person of suitable age and discretion, on *(date):*                    at defendant's
       ☐ residence ☐ business   AND mailing a copy to defendant at defendant's place of residence
       on *(date):*                    because defendant cannot be found at defendant's residence or usual place of business.

   (3) [X] By posting a copy on the premises on *(date):* 06/17/2024
       [X] ~~AND giving a copy to a person found residing at the premises~~ AND mailing a copy to defendant at the premises
       on *(date):* 06/17/2024
       (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
       (b) [X] because no person of suitable age or discretion can be found there.

   (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*

   (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties

   b. ☐ *(Name):*
   was served on behalf of all defendants who signed a joint written rental agreement.

   c. ☐ Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.

   d. [X] Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

12. [X] At the time the ~~3-day~~ ~~30-DAY~~ notice to pay rent or quit was served, the amount of **rent due** was $         2,300.00

13. [X] The fair rental value of the premises is $         76.66 per day.

14. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*

15. [X] A written agreement between the parties provides for attorney fees.

16. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*



   Plaintiff has met all applicable requirements of the ordinances.

17. ☐ Other allegations are stated in Attachment 17.

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

---

**COMPLAINT — UNLAWFUL DETAINER**

CEB Essential
ceb.com Forms

RODNEY 24-3487

**UD-100**

| PLAINTIFF: VICTORIAN 124, L.P. <br> DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | CASE NUMBER: <br> LLTBA 2401286 |
|---|---|

**19. PLAINTIFF REQUESTS**

a. possession of the premises.

b. costs incurred in this proceeding:

c. ☒ past-due rent of $    2,300.00

d. ☒ reasonable attorney fees.

e. ☒ forfeiture of the agreement.

f. ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $

g. ☒ damages at the rate stated in item 13 from
date: 7/1/2024
for each day that defendants remain in possession through entry of judgment.

h. ☐ statutory damages up to $600 for the conduct alleged in item 14.

i. ☒ other *(specify):* SUCH OTHER AND FURTHER RELIEF THE COURT MAY DEEM JUST AND PROPER.

20. ☒ Number of pages attached *(specify):* 4

**UNLAWFUL DETAINER ASSISTANT** (Bus. & Prof. Code, §§ 6400–6415)

21. ☒ *(Complete in all cases.)* An unlawful detainer assistant     ☒ did **not**     ☐ did
for compensation give advice or assistance with this form. (*If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.*)

a. Assistant's name:

b. Street address, city, and zip code:

c. Telephone no.:

d. County of registration:

e. Registration no.:

f. Expires on *(date):*

Date: 07/25/2024

JULIENNE H. COPON, ESQ.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

SEE ATTACHED
_____
(TYPE OR PRINT NAME)

▶ SEE ATTACHED
_____
(SIGNATURE OF PLAINTIFF)

CEB Essential
ceb.com Forms

RODNEY 24-3487

LLTBA  2 4 0 1 2 8 6

## VERIFICATION

I am employed by the property management company for the plaintiff in this action, and I make this verification for that reason and because I am more familiar with the facts alleged in the complaint than the plaintiff. I have read the foregoing Complaint - Unlawful Detainer and know its contents. The same is true of my own knowledge, except as to the matters which are stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __7·31/24__ in __Victorville__, California.

Signature: _____

Print Name: __Kelley Buener__

Title: __Community Manager__

LLTBA   2 4 0 1 2 3 6

# EXHIBIT 2

LLTBA  2 4 0 1 2 8 6

# NOTICE TO PAY RENT IN THREE DAYS
## OR
## QUIT IN 30 DAYS
### (Covered by CARES Act)
### For Rent Due on or after October 1, 2021

TO: Glennette Rodney, and Christine Walker

*All Residents (tenants and subtenants) in possession (full name) and all others in possession*

of the rental unit located at:

14485 Seneca Road _____, Unit # (if applicable) 218
*(Street Address)*

Victorville _____, CA 92392
*(City)* *(Zip)*

**WITHIN THREE (3) DAYS**, not including Saturdays, Sundays or other judicial holidays, after the service on you of this Notice, you are hereby required to make payment **PAYABLE TO:**

Investment Concepts Inc _____ (Landlord) the rent for the premises

amounting to the total sum of $ 2300.00 ____ calculated as follows:

$ 2300 which came due 6/1/24 for the rental period from 6/1/2024 through 6/30/2024

$ ____ which came due _____ for the rental period from _____ through _____

$ ____ which came due _____ for the rental period from _____ through _____

**OR QUIT AND DELIVER THE POSSESSION OF THE PREMISES WITHIN THIRTY (30) CALENDAR DAYS AFTER THE SERVICE ON YOU OF THIS NOTICE.**

If you fail to perform or otherwise comply, Landlord declares the forfeiture of your Rental/Lease Agreement and will institute legal proceedings to obtain possession. Such proceedings could result in a judgment against you, which may include attorneys' fees and court costs as allowed by law, and an additional punitive award of six hundred dollars ($600) in accordance with California law. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency. This Three-day Notice to Pay Rent or Quit supersedes all previous Three-day Notices to Pay Rent or Quit, if any.

This notice does not demand payments that came due prior to October 1, 2021, however, any amounts you may owed prior to October 1, 2021, are not waived and Landlord reserves the right to pursue those amounts in a separate action.

Payment must be delivered to:

Victorian Apartments
*(Name to whom rent should be delivered)*

at 14485 Seneca Road, Victorville, CA 92392
*(Address where payments should be delivered)*

Telephone number for above address: 760-843-0067



*California Apartment Association Approved Form*
*www.caanet.org*
**Form CA-421** – Revised 7/22 - ©2022 – All Rights Reserved
*Page 1 of 2*

Unauthorized Reproduction of Blank Forms is Illegal.

LLTBA  2 · 0 1 2 6 6

## NOTICE TO PAY RENT IN THREE DAYS
### OR
### QUIT IN 30 DAYS
### (Covered by CARES Act)
### For Rent Due on or after October 1, 2021

Payments made in person may be delivered between the hours of  9:00am     and  6:00pm     on the following days of
the week: ☑Monday ☑Tuesday ☑Wednesday ☑Thursday ☑Friday ☑Saturday ☐Sunday
☑ Other  Closed on Sundays

Acceptable methods of payment: ☐Personal Check ☑Cashier's Check ☑Money Order ☐Credit ☐EFT (Pursuant to previously
established Electronic Funds Transfer procedure) and ☐Cash

Victorian Apartments        ☐ by _____        Investment Concepts Inc        Agent for Landlord
Landlord                    Individual Signing for Landlord   Management Co. (If Applicable)

6/17/24
Date

California Apartment Association Approved Form
www.caanet.org
Form CA-421 – Revised 7/22 - ©2022 – All Rights Reserved
Page 2 of 2

Unauthorized Reproduction of
Blank Forms is Illegal.

**UD-101**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: JULIENNE H. COPON, ESQ. 340529 | | |

FIRM NAME: WALLACE, RICHARDSON, SONTAG & LE, LLP.
STREET ADDRESS: 16520 BAKE PARKWAY, SUITE 280
CITY: IRVINE        STATE: CA  ZIP CODE: 92618
TELEPHONE NO.: (949) 759-1080    FAX NO.: (949) 759-6813
EMAIL ADDRESS: EFILING@WALLACELAW.COM
ATTORNEY FOR (name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO
STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET
MAILING ADDRESS:
CITY AND ZIP CODE: BARSTOW, CA 92311
BRANCH NAME: BARSTOW COURTHOUSE
PLAINTIFF: VICTORIAN 124, L.P.
DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

**AUG 06 2024**

BY _Kenyatta Montes_
KENYATTA MONTES, DEPUTY

| PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER | CASE NUMBER: LLTBA 2 4 0 1 2 8 6 |
|---|---|

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*

- *Serve this form and any attachments to it with the summons.*
- *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
- *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use* Verification by Landlord Regarding Rental Assistance—Unlawful Detainer *(form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF *(name each):*
   VICTORIAN 124, L.P.

   alleges causes of action in the complaint filed in this action against DEFENDANT *(name each):*
   GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

2. **Statutory cover sheet allegations** (Code Civ. Proc., § 1179.01.5(c))
   a. This action seeks possession of real property that is *(check all that apply)*    ☒ residential    ☐ commercial
   *(If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)*
   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges. ☒ Yes  ☐ No

3. ☒ **Statements regarding rental assistance** *(Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file* Verification Regarding Rental Assistance—Unlawful Detainer *(form UD-120).)*

   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?    ☐ Yes  ☒ No

   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing *after* the date of the notice underlying the complaint?    ☐ Yes  ☒ No

   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?    ☐ Yes  ☒ No

   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing *after* the date on the notice underlying the complaint?    ☐ Yes  ☒ No

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California UD-101 [Rev. January 1, 2024] | **PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER** | Code of Civil Procedure, § 1179.01 et seq. Health and Safety Code, § 50897.3(e) *www.courts.ca.gov* |
|---|---|---|

CEB | Essential
ceb.com | Forms

RODNEY 24-3487

LLTBA 2 4 0 1 2 8 6

# EXHIBIT 3

LLTBA  2 4 0 1 2 3 6

**[For Landlord Use Only]**

## NOTICE TO PAY RENT IN THREE DAYS
## OR
## QUIT IN 30 DAYS
### (Covered by CARES Act)
### For Rent Due on or after October 1, 2021

## Proof of Service

I, the undersigned, being at least 18 years of age, declare that I served this notice, of which this is a true copy, on the __7__

day of __JUNE__ (month), __2024__ (year), on the above-mentioned resident(s) in possession, in the manner indicated below.

☐ BY DELIVERING a copy of the Notice to the following resident(s)  PERSONALLY: _____

☐ BY LEAVING a copy for each of the above-named resident(s) with a person of suitable age and discretion at the residence or usual place of business of the resident(s), said resident(s) being absent thereof;
AND MAILING by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

☒ BY POSTING a copy for each of the above-named resident(s) in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said resident(s);
AND MAILING by first class mail on the same day as posted, a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to the resident(s) at the place where the property is situated.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed this __7__ day of __JUNE__ (month), __2024__ (year), in __Victorville__ (City), __CA__ (State).

Kelley Buehler
_Name of Declarant (Print)_                      _(Signature of Declarant)_



California Apartment Association Approved Form
www.caanet.org
Proof of Service
Form CA-421 – Revised 7/22 - ©2022 – All Rights Reserved
Page 1 of 1

Unauthorized Reproduction of
Blank Forms is Illegal.



| | | CASE NUMBER: | |
|---|---|---|---|
| PLAINTIFF: | VICTORIAN 124, L.P. | LLTBA | 2 4 0 1 2 8 6 |
| DEFENDANT: | GLENNETTE RODNEY, CHRISTINE WALKER | | |

**UD-101**

4. ☐ **Other allegations** Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)*  ☐ Other allegations are on form MC-025.

5. ☒ Number of pages attached *(specify):*  1

Date: 07/25/2024

JULIENNE H. COPON, ESQ.

(TYPE OR PRINT NAME)    ▶ _____ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____

SEE ATTACHED    ▶ SEE ATTACHED

(TYPE OR PRINT NAME)    (SIGNATURE)

UD-101 [Rev. January 1, 2024]
☒CEB Essential
ceb.com Forms

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

Page 2 of 2

RODNEY 24-3487

LLTBA 2 4 0 1 2 8 6

## VERIFICATION

I am employed by the property management company for the plaintiff in this action, and I make this verification for that reason and because I am more familiar with the facts alleged in the complaint than the plaintiff. I have read the foregoing Plaintiff's Mandatory Cover Sheet and Supplemental Allegations - Unlawful Detainer and know its contents. The same is true of my own knowledge, except as to the matters which are stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 7/31/24 in Victorville , California.

Signature:

Print Name: Kelley Buehler

Title: Community Manager

Gmail - Denial Notice                                                                        10/9/24, 11:27 AM

 Gmail                                    Paws Gods child <glennettelove222@gmail.com>

## Denial Notice
2 messages

**Rental-Utility Assistance** <assistance@vvfrc.com>                          Thu, Aug 8, 2024 at 4:13 PM
To: Paws Gods child <glennettelove222@gmail.com>

Good afternoon,

Thank you for applying for rental assistance with Victor Valley Family Resource Center
(VVFRC).

We regret to inform you that we are unable to proceed with your application at this time. The
denial is due to the absence of an updated Pay or Quit Notice from your property manager. This
document is a key requirement for processing your application and ensuring compliance with
city and county guidelines.

We appreciate your efforts in contacting your property manager, and we understand from their
response that they are unable to provide the updated notice. We realize this is a challenging
situation and apologize for any inconvenience this may cause.

We encourage you to explore other resources available in your area for additional support. You
can find more information at findhelp.org.

If you have any further questions or need additional assistance, please do not hesitate to reach
out to us.

Thank you for your understanding.

Best regards,
**VVFRC Team**



**Contact Info:**
**e-mail:** assistance@VVFRC.com
**Address**: 16000 Yucca St. Hesperia, CA 92345
**Business Hours:** 9 a.m. to 5 p.m., Tues.-Fri.
**Please call ahead** at 760-669-0300

Sent from Mail for Windows
IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the
confidential information it may contain. E-mail messages From Victor Valley Family Resource Center may contain
information that is confidential and legally privileged. Please do not read, copy, forward, or store this message unless
you are an intended recipient of it. If you have received this message in error, please forward it to the sender and

delete it completely from your computer system.

---

**Paws Gods child** <glennettelove222@gmail.com>                    Fri, Aug 9, 2024 at 4:09 PM
To: Rental-Utility Assistance <assistance@vvfrc.com>

Thank you for informing me.
[Quoted text hidden]



EXHIBIT

This email was sent to glennettelove222@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Victorian Apartments by clicking here. You can opt out of all email notifications from by clicking here.

📄 **t0087150_ResLedger.PDF**
18K

---

**Paws Gods child** <glennettelove222@gmail.com>                              Wed, Jul 24, 2024 at 1:13 PM
To: Victorian Apartments <VictorianApartments.Reply.ICI@aptleasing.info>

im block from the online portal to access my account i would like  to know why

[Quoted text hidden]

---

**Victorian Apartments** <VictorianApartments.Reply.ICI@aptleasing.info>          Wed, Jul 24, 2024 at 1:21 PM
To: glennettelove222@gmail.com
Cc: victorian@icimanagement.com

# Victorian
LUXURY APARTMENT HOMES

---

Hello Glennette.

Due to being in eviction you may not access the online portal.

Thanks

Kelley

---

From : glennettelove222@gmail.com

cc :

Sent : 7/24/2024

Subject: Re: Victorian - ledger for apt 218

[Quoted text hidden]

 Gmail

Paws Gods child <glennettelove222@gmail.com>

## Victorian - ledger for apt 218

3 messages

**Victorian Apartments** <VictorianApartments.Reply.ICI@aptleasing.info>    Wed, Jul 24, 2024 at 12:10 PM
To: glennettelove222@gmail.com
Cc: victorian@icimanagement.com



Good Afternoon Glennette,

I received your email for the ledger, this is the most updated ledger and its correct on the amount.

If you are asking for Aug rent to be included on the ledger, we can not add it as rent for Aug is not

due yet. Once Aug 1 hits, then the ledger will be updated with Aug rent and utilities. If you want a

new ledger on that date, I can email it to you. As for legal fees, I would have to call our attorneys to

the most updated amount, and we do that when you are ready to pay the full amount owing on the

ledger and with legal fess as I mentioned as one time buy-out. I will contact the attorneys to get

that amount.

Thank you, and have a great day

Kelley

14485 Seneca Road
(760) 843-0067

 © 2024 Yardi Systems, Inc. All Rights Reserved.

14485 Seneca Road, Victorville, CA 92392

# EXHIBIT



 **Gmail**                                         Paws Gods child <glennettelove222@gmail.com>

## Victorian - 3-day notice and current ledger
5 messages

**Victorian Apartments** <VictorianApartments.Reply.ICI@aptleasing.info>           Wed, Aug 7, 2024 at 12:02 PM
To: glennettelove222@gmail.com, walkerchristineofficial03@gmail.com
Cc: victorian@icimanagement.com



Good Afternoon,

Attached is the 3-day notice that was served on 6/17/2024, we do not re-serve notices unless

current rent is paid for that month and then we would re-serve a notice for the next month if rent

was not paid, this is current 3-day notice that was used to send your file to our legal department, as

for the ledger, we do not add months ahead of rent being owed, August is now posted on the

ledger as it was due on 8/1/2024. If you are trying to get the current total owing, I will contact the

legal department to get legal fees owing and then I will add up with the total on the ledger and will

email that amount to pay for a one-time buy out fee out of legal.

Thank you,

Kelley

14485 Seneca Road
(760) 843-0067

 © 2024 Yardi Systems, Inc. All Rights Reserved.

14485 Seneca Road, Victorville, CA 92392

10/9/24, 11:22 AM

This email was sent to glennettelove222@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe list. You can opt out of email notifications from Victorian Apartments by clicking here. You can opt out of all email notifications from by clicking here.

---

**2 attachments**

📄 **VIC-APT 218-RODNEY-WALKER-3 DAY NOTICE-6-2024 (1).pdf**
205K

📄 **t0087150_ResLedger (1).PDF**
20K

---

**Paws Gods child** <glennettelove222@gmail.com>                    Wed, Aug 7, 2024 at 12:16 PM
To: Victorian Apartments <VictorianApartments.Reply.ICI@aptleasing.info>

I need it one for each month or updated notice or a 30 day notice for the victor valley  services it has to be a past due notice if you can. Provide it please give a statement as to why
[Quoted text hidden]

---

**Paws Gods child** <glennettelove222@gmail.com>                    Wed, Aug 7, 2024 at 12:21 PM
To: Rental-Utility Assistance <assistance@vvfrc.com>

[Quoted text hidden]

---

**2 attachments**

📄 **VIC-APT 218-RODNEY-WALKER-3 DAY NOTICE-6-2024 (1).pdf**
205K

📄 **t0087150_ResLedger (1).PDF**
20K

---

**Christine Walker** <walkerchristineofficial03@gmail.com>             Wed, Aug 7, 2024 at 12:24 PM
To: glennettelove222@gmail.com

---------- Forwarded message ----------
From: **Victorian Apartments** <VictorianApartments.Reply.ICI@aptleasing.info>
Date: Wed, Aug 7, 2024 at 12:02
Subject: Victorian - 3-day notice and current ledger
To: <glennettelove222@gmail.com>, <walkerchristineofficial03@gmail.com>
CC: <victorian@icimanagement.com>

[Quoted text hidden]

---

**2 attachments**

📄 **VIC-APT 218-RODNEY-WALKER-3 DAY NOTICE-6-2024 (1).pdf**
205K

Case 5:24-cv-02441-JGB-SHK    Document 1    Filed 11/12/24    Page 32 of 62    Page ID
#:32
Gmail - Victorian - 3-day notice and current ledger                                                    10/9/24, 11:22 AM

📄 **t0087150_ResLedger (1).PDF**
   20K

---

**Victorian Apartments** <VictorianApartments.Reply.ICI@aptleasing.info>    Wed, Aug 7, 2024 at 12:37 PM
To: glennettelove222@gmail.com
Cc: victorian@icimanagement.com



Victorian
LUXURY APARTMENT HOMES

---

Hello Glennette,

Unfortunately, we do not serve 3-day notices for each month you do not pay, we only have to complete the

one that was completed, and if rent is not paid, then we send your file to legal as we did. Unfortunately

there is no statement why for me to submit, if they are assistance to help pay then you can show them the

ledger we have provided with the 3-day notice we served, if the courts that it that way then they should be

able to accept.

Thank you,

Kelley

---

From : glennettelove222@gmail.com

cc :

Sent : 8/7/2024

Subject: Re: Victorian - 3-day notice and current ledger

I need it one for each month or updated notice or a 30 day notice for the victor valley  services it has to be

a past due notice if you can. Provide it please give a statement as to why

# EXHIBIT



 Gmail

Paws Gods child <glennettelove222@gmail.com>

## eviction notice
1 message

**Paws Gods child** <glennettelove222@gmail.com>                      Thu, Sep 12, 2024 at 12:13 PM
To: "Kelley Buehler (Victorian)" <kelleyb@icimanagement.com>, Lisa Anderson <lisaa@icicorporate.com>, "April Velez
(Victorian/Plumtree)" <AprilV@icimanagement.com>

I did not file the answer to the court because I was under the expression Kelley was supposed to give us the buy
out cost and that the company that's going to pay the past due rent that was in question june, july and august and I
was gone take care of the remainder balance that's owed on the remainder balance. On August 26th I was told I
would have a buyout fee the next day. I'm confused as to why this process of buying out of legals is not moving
forward. This is putting me and my kids in jeopardy of losing our home. We are still waiting on the buyout cost.

Case 5:24-cv-02441-JGB-SHK    Document 1    Filed 11/12/24    Page 35 of 62    Page ID
#:35
Gmail - victorian- sept rent check in drop box                                                    10/9/24, 11:18 AM

 Gmail

Paws Gods child <glennettelove222@gmail.com>

---

## victorian- sept rent check in drop box
8 messages

**Victorian Apartments** <VictorianApartments.Reply.ICI@aptleasing.info>          Fri, Sep 27, 2024 at 10:38 AM
To: glennettelove222@gmail.com, walkerchristineofficial03@gmail.com
Cc: victorian@icimanagement.com

## Victorian
LUXURY APARTMENT HOMES

---

Hello Glennette,

I can not accept the rent check you put in the drop box due to being in eviction it can not be a
personal check, its not for the correct amount owing that I sent to you, and we do not have the
other money coming from rental assistance in the amount of $6900. As I mentioned all the moneys
must be paid at the same time, and now with Oct rent due on Tuesday, that will be due along with
all the other money due at this moment. I have the rent check in envelope for you or Christine to
come and pick it up. As I can not accept it.

Thank you

Kelley


14485 Seneca Road
(760) 843-0067

 © 2024 Yardi Systems, Inc. All Rights Reserved.

14485 Seneca Road, Victorville, CA 92392

This email was sent to glennettelove222@gmail.com. To ensure you continue receiving our emails, please add us to your address book or safe
list. You can opt out of email notifications from Victorian Apartments by clicking here. You can opt out of all email notifications from by clicking
here.

**Paws Gods child** <glennettelove222@gmail.com>                                        Fri, Sep 27, 2024 at 10:39 AM
To: Victorian Apartments <VictorianApartments.Reply.ICI@aptleasing.info>

Right they company sending the check by mailed which was sent out and the remainder will be on Friday so if you can
wait till than that's fine
[Quoted text hidden]

---

**Paws Gods child** <glennettelove222@gmail.com>                                        Fri, Sep 27, 2024 at 10:40 AM
To: Victorian Apartments <VictorianApartments.Reply.ICI@aptleasing.info>

It's for the month of September and late fee
[Quoted text hidden]

---

**Paws Gods child** <glennettelove222@gmail.com>                                        Fri, Sep 27, 2024 at 10:42 AM
To: Victorian Apartments <VictorianApartments.Reply.ICI@aptleasing.info>

I will come pick up the check and I will do a money order Friday will that work?
[Quoted text hidden]

---

**Victorian Apartments** <VictorianApartments.Reply.ICI@aptleasing.info>             Fri, Sep 27, 2024 at 11:04 AM
To: glennettelove222@gmail.com
Cc: victorian@icimanagement.com

## Victorian
LUXURY APARTMENT HOMES

Hello Glennette,

No unfortunately we cannot just take September rent, with the total amount owing, yes there is assistance
coming for $6900 for the late rent, and then you pay September rent, late fee, utilities, and then Oct rent,
utilities, and late fees, utilities, and legal fees owing. You cannot just pay September rent and late fees per the
rental agreement with the full amount owing. It all must be paid together. I did email the rental assistance
company this morning, and they said it can take 4 weeks for the $6900 to come, that is around Oct 15. That is
when you would pay the portion owing from the $6900 taken out of the total owing with legal fees.

Thank you,

Kelley

From : glennettelove222@gmail.com

cc :

Sent : 9/27/2024

Subject: Re: victorian- sept rent check in drop box

I will come pick up the check and I will  do a money order Friday will that work?

On Fri, Sep 27, 2024 at 10:40?AM Paws Gods child <glennettelove222@gmail.com> wrote:

It's for the month of September and late fee

On Fri, Sep 27, 2024 at 10:39?AM Paws Gods child <glennettelove222@gmail.com> wrote:

Right they company sending the check by mailed which was sent out and the remainder will be on Friday

so if you can wait till than that's fine

On Fri, Sep 27, 2024 at 10:38?AM Victorian Apartments <VictorianApartments.Reply.ICl@aptleasing.info>
wrote:



Hello Glennette,

I can not accept the rent check you put in the drop box due to being in eviction it can not be a

personal check, its not for the correct amount owing that I sent to you, and we do not have the

other money coming from rental assistance in the amount of $6900. As I mentioned all the moneys

must be paid at the same time, and now with Oct rent due on Tuesday, that will be due along with

all the other money due at this moment. I have the rent check in envelope for you or Christine to

come and pick it up. As I can not accept it.

Thank you

Kelley


14485 Seneca Road

(760) 843-0067

© 2024 Yardi Systems, Inc. All Rights Reserved.

14485 Seneca Road, Victorville, CA 92392

This email was sent to glennettelove222@gmail.com. To ensure you continue receiving our emails, please add us to your
address book or safe list. You can opt out of email notifications from Victorian Apartments by clicking here. You can opt out of
all email notifications from by clicking here.


14485 Seneca Road

(760) 843-0067

© 2024 Yardi Systems, Inc. All Rights Reserved.

[Quoted text hidden]

---

**Paws Gods child** <glennettelove222@gmail.com>                          Fri, Sep 27, 2024 at 11:06 AM
To: Christine Walker <walkerchristineofficial03@gmail.com>

[Quoted text hidden]

---

**Paws Gods child** <glennettelove222@gmail.com>                          Fri, Sep 27, 2024 at 11:06 AM
To: Victorian Apartments <VictorianApartments.Reply.ICI@aptleasing.info>

Oct rent not due yet so I'm just taken care of what due so I will come pick up the check

[Quoted text hidden]

# EXHIBIT



**SUMMONS—EVICTION**

**SUM-130**

*(CITACIÓN JUDICIAL—DESALOJO)*

UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY

*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

AUG 0 6 2024

BY _____
KENYATA MONTES, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
VICTORIAN 124, L.P.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 10 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association.

FEE WAIVER: If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. Si la presente citación le ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 10 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted puede usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 o más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER *(número de caso):*
CIVLBA 2 4 0 1 2 6 8

BARSTOW COURTHOUSE, COUNTY OF SAN BERNARDINO
235 EAST MOUNTAIN VIEW STREET
BARSTOW, CA 92311

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

JULIENNE H. COPÓN, ESQ.                          WALLACE, RICHARDSON, SONTAG & LE, LLP.
16520 BAKE PARKWAY, SUITE 280                    (949) 769-1080
IRVINE, CA 92618

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2024]

CEB Essential
ceb.com

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

Code of Civil Procedure, §§ 412.20, 415.45, 1167
www.courts.ca.gov

RODNEY 24-3487

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME: JULIENNE H. COPON, ESQ. 340529
FIRM NAME: WALLACE, RICHARDSON, SONTAG & LE, LLP.
STREET ADDRESS: 16520 BAKE PARKWAY, SUITE 280
CITY: IRVINE     STATE: CA  ZIP CODE: 92618
TELEPHONE NO: (949) 759-1080     FAX NO.: (949) 759-6813
EMAIL ADDRESS: EFILING@WALLACELAW.COM
ATTORNEY FOR (name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET
MAILING ADDRESS:
CITY AND ZIP CODE: BARSTOW, CA 92311
BRANCH NAME: BARSTOW COURTHOUSE

*FOR COURT USE ONLY:*
FILED
SUPERIOR COURT OF CALIFOR..
COUNTY OF SAN BERNARDIN

AUG 06 2024

BY _____
KENYATA MONTES, DEP...

PLAINTIFF: VICTORIAN 124, L.P.
DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER
[X] DOES 1 TO 5

| COMPLAINT—UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| [X] COMPLAINT  [ ] AMENDED COMPLAINT (Amendment Number): | LLTBA 2401286 |

Jurisdiction *(check all that apply):*
[X] ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)
Amount demanded [X] does not exceed $10,000
[ ] exceeds $10,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
    [ ] from unlawful detainer to general unlimited civil (possession not in issue).    [ ] from limited to unlimited.
    [ ] from unlawful detainer to general limited civil (possession not in issue).    [ ] from unlimited to limited.

1. *PLAINTIFF (name each):*
   VICTORIAN 124, L.P.

   *alleges causes of action against DEFENDANT (name each):*
   GLENNETTE RODNEY, CHRISTINE WALKER

2. a. Plaintiff is  (1) [ ] an individual over the age of 18 years.    (4) [ ] a partnership.
              (2) [ ] a public agency.              (5) [ ] a corporation.
              (3) [X] other *(specify):* A LIMITED PARTNERSHIP

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. *The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):*
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392
   SAN BERNARDINO
   b. The premises in 3a are *(check one)*

   (1) [X] within the city limits of *(name of city):* VICTORVILLE

   (2) [ ] within the unincorporated area of *(name of county):*

   c. The premises in 3a were constructed in *(approximate year):* 2007

4. Plaintiff's interest in the premises is [X] as owner [ ] other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 4

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. January 1, 2024]

**COMPLAINT — UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure, §§ 425.12, 1166
www.courts.ca.gov

CEB Essential
ceb.com | Forms

RODNEY 24-3487

UD-100

| PLAINTIFF: VICTORIAN 124, L.P. | CASE NUMBER: |
| DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | |

9. b. (1) On *(date):* 7/19/2024                the period stated in the notice checked in 9a expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. ☒ The notice included an election of forfeiture.
   e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
   f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. ☒ The notice in item 9a was served on the defendant named in item 9a as follows:
    (1) ☐ By personally handing a copy to defendant on *(date):*
    (2) ☐ By leaving a copy with *(name or description):*
        a person of suitable age and discretion, on *(date):*                        at defendant's
        ☐ residence  ☐ business  AND mailing a copy to defendant at defendant's place of residence
        on *(date):*                because defendant cannot be found at defendant's residence or usual place of business.
    (3) ☒ By posting a copy on the premises on *(date):* 06/17/2024
        ☒ ~~AND giving a copy to a person found residing at the premises~~ AND mailing a copy to defendant at the premises
        on *(date):* 06/17/2024
        (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
        (b) ☒ because no person of suitable age or discretion can be found there.
    (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953, before using)* in the manner specified in a written commercial lease between the parties
    b. ☐ *(Name):*
       was served on behalf of all defendants who signed a joint written rental agreement.
    c. ☐ Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
    d. ☒ Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

12. ☒ At the time the ~~3-day~~ 3/30 DAY notice to pay rent or quit was served, the amount of **rent due** was $        2,300.00

13. ☒ The fair rental value of the premises is $        76.66 per day.

14. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*

15. ☒ A written agreement between the parties provides for attorney fees.

16. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*



    Plaintiff has met all applicable requirements of the ordinances.

17. ☐ Other allegations are stated in Attachment 17.

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

☒CEB|Essential ceb.com|☒Forms

**COMPLAINT — UNLAWFUL DETAINER**

RODNEY 24-3487

**VERIFICATION**

I am employed by the property management company for the plaintiff in this action,
and I make this verification for that reason and because I am more familiar with the facts
alleged in the complaint than the plaintiff. I have read the foregoing Complaint - Unlawful
Detainer and know its contents. The same is true of my own knowledge, except as to the
matters which are stated on information and belief, and as to those matters, I believe it to
be true.

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

Executed on __7-31-24__ in __Victorville__, California.

Signature: _____

Print Name: __Kelley Buerier__

Title: __Community Manager__

# NOTICE TO PAY RENT IN THREE DAYS
## OR
## QUIT IN 30 DAYS
### (Covered by CARES Act)
### For Rent Due on or after October 1, 2021

TO: Glennette Rodney, and Christine Walker

*All Residents (tenants and subtenants) in possession (full name) and all others in possession*

of the rental unit located at:

14485 Seneca Road _____ , Unit # (if applicable) 218

*(Street Address)*

Victorville _____ , CA 92392

*(City)* *(Zip)*

WITHIN THREE (3) DAYS, not including Saturdays, Sundays or other judicial holidays, after the service on you of this Notice, you are hereby required to make payment **PAYABLE TO:**

Investment Concepts Inc _____ (Landlord) the rent for the premises

amounting to the total sum of $ 2300.00 _____ calculated as follows:

$ 2300 which came due 6/1/24 for the rental period from 6/1/2024 _____ through 6/30/2024

$ _____ which came due _____ for the rental period from _____ through _____

$ _____ which came due _____ for the rental period from _____ through _____

**OR QUIT AND DELIVER THE POSSESSION OF THE PREMISES WITHIN THIRTY (30) CALENDAR DAYS AFTER THE SERVICE ON YOU OF THIS NOTICE.**

If you fail to perform or otherwise comply, Landlord declares the forfeiture of your Rental/Lease Agreement and will institute legal proceedings to obtain possession. Such proceedings could result in a judgment against you, which may include attorneys' fees and court costs as allowed by law, and an additional punitive award of six hundred dollars ($600) in accordance with California law. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency. This Three-day Notice to Pay Rent or Quit supersedes all previous Three-day Notices to Pay Rent or Quit, if any.

This notice does not demand payments that came due prior to October 1, 2021, however, any amounts you may owed prior to October 1, 2021, are not waived and Landlord reserves the right to pursue those amounts in a separate action.

Payment must be delivered to:

Victorian Apartments

*(Name to whom rent should be delivered)*

at 14485 Seneca Road, Victorville, CA 92392

*(Address where payments should be delivered)*

Telephone number for above address: 760-843-0067



California Apartment Association Approved Form
www.caanet.org
Form CA-421 – Revised 7/22 – ©2022 – All Rights Reserved
Page 1 of 2

Unauthorized Reproduction of Blank Forms is Illegal.



# EXHIBIT 3

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| | | |

ATTORNEY FOR *(Name):*

| | |
|---|---|
| NAME OF COURT: | BARSTOW COURTHOUSE, COUNTY OF SAN BERNARDINO |
| STREET ADDRESS: | 235 EAST MOUNTAIN VIEW STREET |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | BARSTOW, CA 92311 |
| BRANCH NAME: | BARSTOW COURTHOUSE |
| Plaintiff: | VICTORIAN 124, L.P. |
| Defendant: | GLENNETTE RODNEY, CHRISTINE WALKER |

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: |
|---|---|

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)
3. You still occupy the subject premises.

*(To be completed by the process server)*
DATE OF SERVICE:
*(Date that form is served or delivered, posted, and mailed by the officer or process server)*

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit no., city and ZIP code):*
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392

3. The address of "the premises" subject to this claim is *(address):*
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392

4. On *(insert date):*                               , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of  $                or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [Rev. June 16, 2015]

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

CEB | Essential ceb.com | Forms

RODNEY 24-3487

UD-101

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | FOR COURT USE ONLY |
|---|---|---|

NAME: JULIENNE H. COPON, ESQ. 340529
FIRM NAME: WALLACE, RICHARDSON, SONTAG & LE, LLP.
STREET ADDRESS: 16520 BAKE PARKWAY, SUITE 280
CITY: IRVINE    STATE: CA   ZIP CODE: 92618
TELEPHONE NO.: (949) 759-1080    FAX NO.: (949) 759-6813
EMAIL ADDRESS: EFILING@WALLACELAW.COM
ATTORNEY FOR (name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET
MAILING ADDRESS:
CITY AND ZIP CODE: BARSTOW, CA 92311
BRANCH NAME: BARSTOW COURTHOUSE

PLAINTIFF: VICTORIAN 124, L.P.
DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

AUG 06 2024

BY _____
KENNARD MONTES, DEPUTY

| PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER | CASE NUMBER: LLTBA 2 4 0 1 2 0 6 |
|---|---|

All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).

- Serve this form and any attachments to it with the summons.
- If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.
- If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.

To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.

1. PLAINTIFF (name each):
VICTORIAN 124, L.P.

alleges causes of action in the complaint filed in this action against DEFENDANT (name each):
GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

2. Statutory cover sheet allegations (Code Civ. Proc., § 1179.01.5(c))
   a. This action seeks possession of real property that is (check all that apply)   [X] residential   [ ] commercial
      (If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)
   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges.   [X] Yes   [ ] No

3. [X] Statements regarding rental assistance (Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).)

   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?   [ ] Yes   [X] No

   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing after the date of the notice underlying the complaint?   [ ] Yes   [X] No

   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint?   [ ] Yes   [X] No

   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing after the date on the notice underlying the complaint?   [ ] Yes   [X] No

Form Adopted for Mandatory Use
Judicial Council of California
UD-101 (Rev. January 1, 2024)

[CEB] Essential
ceb.com | Forms

**PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

Code of Civil Procedure, § 1179.01 et seq.
Health and Safety Code, § 50897.3(e)
www.courts.ca.gov

RODNEY 24-3487

**VERIFICATION**

I am employed by the property management company for the plaintiff in this action, and I make this verification for that reason and because I am more familiar with the facts alleged in the complaint than the plaintiff. I have read the foregoing Plaintiff's Mandatory Cover Sheet and Supplemental Allegations - Unlawful Detainer and know its contents. The same is true of my own knowledge, except as to the matters which are stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __7/31/24__ in __Victorville__, California.

Signature: _____

Print Name: _Kelley Buchler_

Title: _Community Manager_

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME JULIENNE H. COPON, ESQ. 340529
FIRM NAME WALLACE, RICHARDSON, SONTAG & LE, LLP.
STREET ADDRESS: 16520 BAKE PARKWAY, SUITE 280
CITY: IRVINE          STATE: CA  ZIP CODE: 92618
TELEPHONE NO. (949) 759-1080    FAX NO.: (949) 759-6813
EMAIL ADDRESS: EFILING@WALLACELAW.COM
ATTORNEY FOR (name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET
MAILING ADDRESS:
CITY AND ZIP CODE: BARSTOW, CA 92311
BRANCH NAME: BARSTOW COURTHOUSE

FILED
SUPERIOR COURT OF CALIFOR...
COUNTY OF SAN BERNARDIN

AUG 06 2024

BY _____
KENYATA MONTES, DEPL...

PLAINTIFF: VICTORIAN 124, L.P.
DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER
[X] DOES 1 TO 5

| COMPLAINT—UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| [X] COMPLAINT   [ ] AMENDED COMPLAINT (Amendment Number): | LLTBA 2 4 0 1 2 0 6 |

Jurisdiction (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)
Amount demanded    [X] does not exceed $10,000
                   [ ] exceeds $10,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
    [ ] from unlawful detainer to general unlimited civil (possession not in issue).    [ ] from limited to unlimited.
    [ ] from unlawful detainer to general limited civil (possession not in issue).    [ ] from unlimited to limited.

1. PLAINTIFF (name each):
   VICTORIAN 124, L.P.

   alleges causes of action against DEFENDANT (name each):
   GLENNETTE RODNEY, CHRISTINE WALKER

2. a. Plaintiff is    (1) [ ] an individual over the age of 18 years.    (4) [ ] a partnership.
                      (2) [ ] a public agency.                          (5) [ ] a corporation.
                      (3) [X] other (specify): A LIMITED PARTNERSHIP

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street
      address, apt. no., city, zip code, and county):
      14485 SENECA ROAD #218
      VICTORVILLE CA 92392
      SAN BERNARDINO
   b. The premises in 3a are (check one)
      (1) [X] within the city limits of (name of city): VICTORVILLE
      (2) [ ] within the unincorporated area of (name of county):
   c. The premises in 3a were constructed in (approximate year): 2007

4. Plaintiff's interest in the premises is    [X] as owner    [ ] other (specify):

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. January 1, 2024]

COMPLAINT — UNLAWFUL DETAINER

Civil Code, § 1940 et seq.
Code of Civil Procedure, §§ 425, 12, 1166
www.courts.ca.gov

CEB Essential
ceb.com Partner

RODNEY 24-3487

**UD-100**

| | |
|---|---|
| PLAINTIFF: VICTORIAN 124, L.P.<br>DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | CASE NUMBER: |

6. a. On or about *(date):* 02/21/2024
   *defendant (name each):*
   GLENNETTE RODNEY, CHRISTINE WALKER

   (1) agreed to rent the premises as a ☐ month-to-month tenancy  ☒ other tenancy *(specify):*  12 MONTH LEASE
   (2) agreed to pay rent of $    2,300.00 payable ☒ monthly ☐ other *(specify frequency):*
   (3) agreed to pay rent on the ☒ first of the month ☐ other day *(specify):*
   b. This ☒ written    ☐ oral    agreement was made with
   (1) ☒ plaintiff.          (3) ☐ plaintiff's predecessor in interest.
   (2) ☐ plaintiff's agent.  (4) ☐ Other *(specify):*
   c. ☒ The defendants not named in item 6a are
   (1) ☐ subtenants.
   (2) ☐ assignees.
   (3) ☒ Other *(specify):* UNAUTHORIZED OCCUPANTS
   d. ☐ The agreement was later changed as follows *(specify):*

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
      and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
   f. ☒ *(For residential property)* A copy of the written agreement is not attached because *(specify reason):*
   (1) ☐ *the written agreement is not in the possession of the landlord or the landlord's employees or agents.*
   (2) ☒ *this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).*

7. The tenancy described in 6 *(complete (a) or (b))*

   a. ☐ is not subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy
      is exempt is *(specify):* § 1946.2 (E)(7) NEW CONSTRUCTION .
   b. ☒ is subject to the Tenant Protection Act of 2019.

8. *(Complete only if item 7b is checked. Check all applicable boxes.)*

   a. ☒ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

   b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

   (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under
       section 1946.2(d)(2), in the amount of $
   (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $
       to *(name each defendant and amount given to each):*

   c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. ☒ Defendant *(name each):* GLENNETTE RODNEY, CHRISTINE WALKER

   was served the following notice on the same date and in the same manner:

   (1) ☐ 3-day notice to pay rent or quit      (5) ☐ 3-day notice to perform covenants or quit
   (2) ☐ 30-day notice to quit                     *(not applicable if item 7b checked)*
   (3) ☐ 60-day notice to quit                 (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
   (4) ☐ 3-day notice to quit                      Prior required notice to perform covenants served *(date):*
                                              (7) ☒ Other *(specify):* 3/30 DAY NOTICE TO PAY OR QUIT

CEB Essential
ceb.com Forms
**COMPLAINT — UNLAWFUL DETAINER**
RODNEY 24-3487

UD-100

| PLAINTIFF: VICTORIAN 124, L.P.<br>DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | CASE NUMBER: |
|---|---|

9.  b. (1) On (date): 7/19/2024                the period stated in the notice checked in 9a expired at the end of the day.
     (2) Defendants failed to comply with the requirements of the notice by that date.
    c. All facts stated in the notice are true.
    d. ☒ The notice included an election of forfeiture.
    e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
    f. ☐ One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a--e and 10 for each defendant and notice.)*

10. a. ☒ The notice in item 9a was served on the defendant named in item 9a as follows:
     (1) ☐ By personally handing a copy to defendant on (date):
     (2) ☐ By leaving a copy with (name or description):
          a person of suitable age and discretion, on (date):                          at defendant's
          ☐ residence ☐ business   AND mailing a copy to defendant at defendant's place of residence
          on (date):                    because defendant cannot be found at defendant's residence or usual place of business.
     (3) ☒ By posting a copy on the premises on (date): 06/17/2024
          ☒ ~~AND giving a copy to a person found residing at the premises~~ AND mailing a copy to defendant at the premises
          on (date): 06/17/2024
          (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
          (b) ☒ because no person of suitable age or discretion can be found there.
     (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on (date):
     (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties
    b. ☐ (Name):
       was served on behalf of all defendants who signed a joint written rental agreement.
    c. ☐ Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
    d. ☒ Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

12. ☒ At the time the ~~3-day~~ 3/30 DAY notice to pay rent or quit was served, the amount of rent due was $       2,300.00

13. ☒ The fair rental value of the premises is $       76.66 per day.

14. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*

15. ☒ A written agreement between the parties provides for attorney fees.

16. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

*Plaintiff has met all applicable requirements of the ordinances.*

17. ☐ Other allegations are stated in Attachment 17.

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

☒ CEB Essential
ceb.com | ☒ Forms

RODNEY 24-3487

UD-100

| PLAINTIFF: VICTORIAN 124, L.P.<br>DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | CASE NUMBER: |
|---|---|

**19. PLAINTIFF REQUESTS**
  a. possession of the premises.
  b. costs incurred in this proceeding:
  c. ☒ past-due rent of $    2,300.00
  d. ☒ reasonable attorney fees.
  e. ☒ forfeiture of the agreement.

  f. ☐ damages in the amount of waived rent or relocation assistance as stated in Item 8: $
  g. ☒ damages at the rate stated in item 13 from
    *date:* 7/1/2024
    for each day that defendants remain in possession through entry of judgment.
  h. ☐ statutory damages up to $600 for the conduct alleged in item 14.
  i. ☒ other *(specify):* SUCH OTHER AND FURTHER RELIEF THE COURT MAY DEEM JUST AND PROPER.

20. ☒ Number of pages attached *(specify):*  4

**UNLAWFUL DETAINER ASSISTANT**  (Bus. & Prof. Code, §§ 6400–6415)

21. ☒ *(Complete in all cases.)* An unlawful detainer assistant  ☒ did not  ☐ did
for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)*

  a. Assistant's name:
  b. Street address, city, and zip code:

  c. Telephone no.:
  d. County of registration:
  e. Registration no.:
  f. Expires on *(date):*

Date: 07/25/2024

JULIENNE H. COPON, ESQ.
    (TYPE OR PRINT NAME)

    ▶
    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

SEE ATTACHED
    (TYPE OR PRINT NAME)

    ▶ SEE ATTACHED
    (SIGNATURE OF PLAINTIFF)

UD-100 [Rev. January 1, 2024]

**COMPLAINT — UNLAWFUL DETAINER**

Page 4 of 4

CEB Essential
ceb.com Forms

RODNEY 24-3487

## SUMMONS—EVICTION
### (CITACIÓN JUDICIAL—DESALOJO)
UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY
*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

SUM-130

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

AUG 06 2024

BY _____
KENYATA MONTES, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
VICTORIAN 124, L.P.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 10 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association.

FEE WAIVER: If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. Si la presente citación lo ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 10 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

CASE NUMBER: (número de caso):
LIERA 2401268

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
BARSTOW COURTHOUSE, COUNTY OF SAN BERNARDINO
235 EAST MOUNTAIN VIEW STREET
BARSTOW, CA 92311

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JULIENNE H. COPÓN, ESQ.          WALLACE, RICHARDSON, SONTAG & LE, LLP.
16520 BAKE PARKWAY, SUITE 280    (949) 759-1080
IRVINE, CA 92618

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2024]

SUMMONS—EVICTION
(Unlawful Detainer / Forcible Detainer / Forcible Entry)

Code of Civil Procedure, §§ 412.20, 415.45, 1167
www.courts.ca.gov

CEB | Essential
ceb.com | Forms

RODNEY 24-3487

SUM-130

| PLAINTIFF *(Name):* VICTORIAN 124, L.P. | CASE NUMBER: |
| DEFENDANT *(Name):* GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA  2 4 0 1 2 8 6 |

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)  [X] did not  [ ] did
for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful
detainer assistant, complete item 4 below.)*

4. Unlawful detainer assistant *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*
   a.  Assistant's name:
   b.  Telephone no.:
   c.  Street address, city, and zip:

   d.  County of registration:
   e.  Registration no.:
   f.  Registration expires on *(date):*

| Date:    AUG 0 6 2024 | Clerk, by | KENYATA MONTES | , Deputy |
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL]  COPY

5. NOTICE TO THE PERSON SERVED: You are served
   a.  [X] as an individual defendant.
   b.  [ ] as the person sued under the fictitious name of *(specify):*
   c.  [ ] as an occupant.
   d.  [ ] on behalf of *(specify):*
       under:  [ ] CCP 416.10 (corporation).           [ ] CCP 416.60 (minor).
               [ ] CCP 416.20 (defunct corporation).     [ ] CCP 416.70 (conservatee).
               [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
               [ ] CCP 416.46 (occupant).                [X] other *(specify):*
   e.  [ ] by personal delivery on *(date):*              CCP 415.45

CEB Essential
ceb.com | forms™

SUMMONS—EVICTION
(Unlawful Detainer / Forcible Detainer / Forcible Entry)

Page 2 of 2

RODNEY 24-3487

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | | |

NAME OF COURT: BARSTOW COURTHOUSE, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET
MAILING ADDRESS:
CITY AND ZIP CODE: BARSTOW, CA 92311
BRANCH NAME: BARSTOW COURTHOUSE
Plaintiff: VICTORIAN 124, L.P.
Defendant: GLENNETTE RODNEY, CHRISTINE WALKER

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: LLTBA 2 4 0 1 2 8 6 |
|---|---|

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)
3. You still occupy the subject premises.

(To be completed by the process server)
DATE OF SERVICE: 8/20/24
(Date that form is served or delivered, posted, and mailed by the officer or process server)

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):
2. I reside at (street address, unit no., city and ZIP code):
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392

3. The address of "the premises" subject to this claim is (address):
   14485 SENECA ROAD #218
   VICTORVILLE CA 92392

4. On (insert date): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is in the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of $ _____ or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [Rev. June 15, 2015]    **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**    Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

CEB Essential eForms    RODNEY 24-3487

CP10.5

| Plaintiff: | VICTORIAN 124, L.P. | CASE NUMBER: |
|---|---|---|
| Defendant: | GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA  2 4 0 1 2 8 6 |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> NOTICE: If you fail to file this claim, you will be evicted without further hearing.

13. Rental agreement. I have *(check all that apply to you)*:
   a. ☐ an oral or written rental agreement with the landlord.
   b. ☐ an oral or written rental agreement with a person other than the landlord.
   c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
   d. ☐ other *(explain)*:


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

▶

_____          _____
(TYPE OR PRINT NAME)                                      (SIGNATURE OF CLAIMANT)

> NOTICE:  If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

### - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE**  If all the following are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
3. You still occupy the premises.

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

---

CP10.5 [Rev. June 15, 2015]

CEB | Essential
ceb.com | Forms

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Page two

RODNEY  24-3487

**SUMMONS—EVICTION**

*(CITACIÓN JUDICIAL—DESALOJO)*

UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY

*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

**SUM-130**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

AUG 06 2024

BY _____ KENYATA MONTES, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GLENNETTE RODNEY, CHRISTINE WALKER; DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
VICTORIAN 124, L.P.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 10 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association.

FEE WAIVER: If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. Si la presente citación le ha sido entregada a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 10 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   BARSTOW COURTHOUSE, COUNTY OF SAN BERNARDINO
   235 EAST MOUNTAIN VIEW STREET
   BARSTOW, CA 92311

   CASE NUMBER *(número de caso):*
   UTBA 2 4 0 1 2 8 6

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

   JULIENNE H. COPÓN, ESQ.          WALLACE, RICHARDSON, SONTAG & LE, LLP.
   16520 BAKE PARKWAY, SUITE 280    (949) 759-1080
   IRVINE, CA 92618

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2024]

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

Code of Civil Procedure, §§ 412.20, 415.46, 1167
www.courts.ca.gov

CEB Essential
ceb.com [+]Forms

RODNEY 24-3487

SUM-130

| PLAINTIFF *(Name)*: VICTORIAN 124, L.P. | CASE NUMBER |
|---|---|
| DEFENDANT *(Name)*: GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA  2 4 0 1 2 8 6 |

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)  ☒ did not  ☐ did
for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4.  Unlawful detainer assistant *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:
    a.  Assistant's name:
    b.  Telephone no.:
    c.  Street address, city, and zip:

    d.  County of registration:
    e.  Registration no.:
    f.  Registration expires on *(date)*:

Date:
*(Fecha)*              AUG 0 6 2024              Clerk, by            KENYATA MONTES            , Deputy
                                            *(Secretario)*                                   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL]
COPY

5. NOTICE TO THE PERSON SERVED: You are served
    a.  ☐ as an individual defendant.
    b.  ☐ as the person sued under the fictitious name of *(specify)*:
    c.  ☐ as an occupant.
    d.  ☒ on behalf of *(specify)*: All Unknown occupants
        under: ☐ CCP 416.10 (corporation).          ☐ CCP 416.60 (minor).
               ☐ CCP 416.20 (defunct corporation).  ☐ CCP 416.70 (conservatee).
               ☐ CCP 416.40 (association or partnership). ☐ CCP 416.90 (authorized person).
               ☒ CCP 415.46 (occupant).             ☐ other *(specify)*:
    e.  ☐ by personal delivery on *(date)*:

SUM-130 [Rev. January 1, 2024]

CEB Essential
ceb.com Forms

**SUMMONS—EVICTION**
(Unlawful Detainer / Forcible Detainer / Forcible Entry)

Page 2 of 2

RODNEY 24-3487

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|
| NAME: JULIENNE H. COPON, ESQ. 340529 | |

FIRM NAME: WALLACE, RICHARDSON, SONTAG & LE, LLP.
STREET ADDRESS: 16520 BAKE PARKWAY, SUITE 280
CITY IRVINE          STATE: CA  ZIP CODE: 92618
TELEPHONE NO. (949) 759-1080       FAX NO.: (949) 759-6813
EMAIL ADDRESS: EFILING@WALLACELAW.COM
ATTORNEY FOR (name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 235 EAST MOUNTAIN VIEW STREET
MAILING ADDRESS:
CITY AND ZIP CODE: BARSTOW, CA 92311
BRANCH NAME: BARSTOW COURTHOUSE

PLAINTIFF: VICTORIAN 124, L.P.
DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER
[X] DOES 1 TO 5

FILED
SUPERIOR COURT OF CALIFOR.
COUNTY OF SAN BERNARDIN.

AUG 06 2024

BY _____
KENYATA MONTES, DEP

| COMPLAINT—UNLAWFUL DETAINER* | CASE NUMBER |
|---|---|
| [X] COMPLAINT    [ ] AMENDED COMPLAINT (Amendment Number): | LLTBA  2 4 0 1 2 8 6 |

Jurisdiction (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)
Amount demanded   [X] does not exceed $10,000
                  [ ] exceeds $10,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
   [ ] from unlawful detainer to general unlimited civil (possession not in issue).    [ ] from limited to unlimited.
   [ ] from unlawful detainer to general limited civil (possession not in issue).      [ ] from unlimited to limited.

1. PLAINTIFF (name each):
   VICTORIAN 124, L.P.

   alleges causes of action against DEFENDANT (name each):
   GLENNETTE RODNEY, CHRISTINE WALKER

2. a. Plaintiff is   (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
                      (2) [ ] a public agency.                          (5) [ ] a corporation.
                      (3) [X] other (specify): A LIMITED PARTNERSHIP

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
      14485 SENECA ROAD #218
      VICTORVILLE CA 92392
      SAN BERNARDINO

   b. The premises in 3a are (check one)
      (1) [X] within the city limits of (name of city): VICTORVILLE
      (2) [ ] within the unincorporated area of (name of county):

   c. The premises in 3a were constructed in (approximate year): 2007

4. Plaintiff's interest in the premises is   [X] as owner   [ ] other (specify).

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 4

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. January 1, 2024]

COMPLAINT — UNLAWFUL DETAINER

Civil Code, § 1940 et seq.
Code of Civil Procedure, §§ 425, 12, 1166
www.courts.ca.gov

[ ] CEB Essential
ceb.com | [ ] Forms

RODNEY 24-3497

UD-100

| PLAINTIFF: VICTORIAN 124, L.P. | CASE NUMBER: |
|---|---|
| DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA  2 4 0 1 2 0 0 |

6.  a. On or about *(date):* 02/21/2024

    defendant *(name each):*
    GLENNETTE RODNEY, CHRISTINE WALKER

    (1) agreed to rent the premises as a ☐ month-to-month tenancy ☒ other tenancy *(specify):* 12 MONTH LEASE
    (2) agreed to pay rent of $    2,300.00 payable ☒ monthly ☐ other *(specify frequency):*
    (3) agreed to pay rent on the ☒ first of the month ☐ other day *(specify):*

  b. This ☒ written ☐ oral    agreement was made with
    (1) ☒ plaintiff.    (3) ☐ plaintiff's predecessor in interest.
    (2) ☐ plaintiff's agent.    (4) ☐ Other *(specify):*

  c. ☒ The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☒ Other *(specify):* UNAUTHORIZED OCCUPANTS

  d. ☐ The agreement was later changed as follows *(specify):*

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
    and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

  f. ☒ *(For residential property)* A copy of the written agreement is not attached because *(specify reason):*
    (1) ☐ *the written agreement is not in the possession of the landlord or the landlord's employees or agents.*
    (2) ☒ *this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).*

7.  The tenancy described in 6 *(complete (a) or (b))*

  a. ☐ is not subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy
    is exempt is *(specify):* § 1946.2 (E) (7) NEW CONSTRUCTION .

  b. ☒ is subject to the Tenant Protection Act of 2019.

8.  *(Complete only if item 7b is checked. Check all applicable boxes.)*

  a. ☒ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

  b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

    (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under
        section 1946.2(d)(2), in the amount of $
    (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $
        to *(name each defendant and amount given to each):*

  c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9.  a. ☒ Defendant *(name each):* GLENNETTE RODNEY, CHRISTINE WALKER

  was served the following notice on the same date and in the same manner:

  (1) ☐ 3-day notice to pay rent or quit    (5) ☐ 3-day notice to perform covenants or quit
  (2) ☐ 30-day notice to quit           *(not applicable if item 7b checked)*
  (3) ☐ 60-day notice to quit           (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
  (4) ☐ 3-day notice to quit              Prior required notice to perform covenants served *(date):*
                           (7) ☒ Other *(specify):* 3/30 DAY NOTICE TO PAY OR QUIT

UD-100

| PLAINTIFF: VICTORIAN 124, L.P. | CASE NUMBER: |
| DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | LLTBA  2401286 G |

9. b. (1) On *(date):* 7/19/2024      the period stated in the notice checked in 9a expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. [X] The notice included an election of forfeiture.
  e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
  f. [ ] One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. [X] The notice in item 9a was served on the defendant named in item 9a as follows:
    (1) [ ] By personally handing a copy to defendant on *(date):*
    (2) [ ] By leaving a copy with *(name or description):*
       a person of suitable age and discretion, on *(date):*      at defendant's
       [ ] residence [ ] business   AND mailing a copy to defendant at defendant's place of residence
       on *(date):*      because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] By posting a copy on the premises on *(date):* 06/17/2024
       [X] ~~AND giving a copy to a person found residing at the premises~~ AND mailing a copy to defendant at the premises
       on *(date):* 06/17/2024
       (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
       (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties
  b. [ ] *(Name):*
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. [ ] Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
  d. [X] Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

12. [X] At the time the 3-day ~~30 DAY~~ notice to pay rent or quit was served, the amount of rent due was $    2,300.00

13. [X] The fair rental value of the premises is $    76.66 per day.

14. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*

15. [X] ~~A written agreement between the parties provides for attorney fees.~~

16. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

    Plaintiff has met all applicable requirements of the ordinances.

17. [ ] Other allegations are stated in Attachment 17.

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

**COMPLAINT — UNLAWFUL DETAINER**

CEB Essential ceb.com Forms

RODNEY 24-3487

UD-100

| PLAINTIFF: VICTORIAN 124, L.P. DEFENDANT: GLENNETTE RODNEY, CHRISTINE WALKER | CASE NUMBER: LLTBA 2 4 0 1 2 8 6 |

19. PLAINTIFF REQUESTS
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. ☒ past-due rent of $        2,300.00
   d. ☒ reasonable attorney fees.
   e. ☒ forfeiture of the agreement.

   f. ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $
   g. ☒ damages at the rate stated in item 13 from date: 7/1/2024 for each day that defendants remain in possession through entry of judgment.
   h. ☐ statutory damages up to $600 for the conduct alleged in item 14.
   i. ☒ other (specify): SUCH OTHER AND FURTHER RELIEF THE COURT MAY DEEM JUST AND PROPER.

20. ☒ Number of pages attached (specify): 4

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

21. ☒ (Complete in all cases.) An unlawful detainer assistant   ☒ did not   ☐ did for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)

   a. Assistant's name:
   b. Street address, city, and zip code:

   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on (date):

Date: 07/25/2024

JULIENNE H. COPON, ESQ.
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

SEE ATTACHED                                               SEE ATTACHED
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PLAINTIFF)

UD-100 [Rev. January 1, 2024]

**COMPLAINT — UNLAWFUL DETAINER**

Page 4 of 4

CEB Essential
ceb.com Forms

RODNEY 24-3487